**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTWON MAURICE BAYARD,       )  <br>                                                            )  <br>            Petitioner,                       )       3: 10-cv-00518-RCJ-VPC  <br>                                                            )  <br>vs.                                                     )  <br>                                                            )       **ORDER**  <br>NEVADA, STATE OF, *et al.*,            )  <br>                                                            )  <br>            Respondents.                   )  <br>_____/ | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 in which petitioner, a state prisoner, is proceeding *pro se*.  Petitioner states in his petition that he wishes to challenge the judgment in *Bayard v. Skolnik,* 3:09-cv-00476-RCJ-VPC, a habeas corpus petition pursuant to 28 U.S.C. § 2254.  That petition was dismissed by this court on June 9, 2010.  A petition pursuant to 28 U.S.C. § 2255 may not be used to challenge an unfavorable outcome of a petition pursuant to 28 U.S.C. § 2254.  **IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice

            DATED: This 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE